1 | JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
2 | JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
3 | COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 | Fax:(949) 722-8416

5 | Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-00773 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| David A. Myles, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, David A. Myles, in the principal amount of $1,228.40 plus interest accrued to January 24, 2011, in the sum of $1,223.00; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $33.61, for a total amount of $**2,485.01**.

DATED: 2/24/2011          By: _Yvette Lewis_____
                              Clerk of the Court

                              TERRY NAFISI
                              Deputy Clerk
                              United States District Court